UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
       v.                      )    No. 4:05 CV 1777 DDN
                               )
LINDA S. GREENLEE,             )
                               )
            Defendant.         )

### **ORDER**

There being no dispositive motions on file,

**IT IS HEREBY ORDERED** that the hearing scheduled for October 10, 2006, is vacated.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 26, 2006.