UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05 CV 1777 DDN |
| | ) | |
| LINDA S. GREENLEE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The court having been advised that the parties have settled this action,

**IT IS HEREBY ORDERED** that the trial and other settings are vacated.

**IT IS FURTHER ORDERED** that the parties are granted until November 15, 2006, in which to file papers disposing of this matter.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice as moot.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 26, 2006.